COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT
WORTH

 

NO.
2-10-065-CV

IN THE INTEREST OF
J.W.O., A CHILD

 

----------

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

----------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

On July 1, 2010, we notified appellant
S.S. that his brief had not been filed as required by Texas Rule of Appellate
Procedure 38.6(a).  See Tex. R.
App. P. 38.6(a).  We stated we could
dismiss his appeal for want of prosecution unless appellant S.S. or any party
desiring to continue this appeal filed with the court within ten days a
response showing grounds for continuing the appeal.  See Tex. R. App. P. 42.3.  We have not received any response.








Because appellant S.S.’s brief has not
been filed, we dismiss his appeal for want of prosecution.  See Tex. R. App. P. 38.8(a)(1),
42.3(b), 43.2(f).  Appellant J.O.’s
appeal remains pending.  

PER CURIAM                 

 

 

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

 

DELIVERED:  July 22, 2010

 











[1]See Tex. R. App. P. 47.4.